UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PAUL DOYON,<br>　　　　Plaintiff<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br>　　　　Defendant | )<br>)<br>)<br>)<br>)　Civil Action No. 1:09-CV-448<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
FOR AWARD OF § 406(B) FEES

NOW COMES Michael J. Astrue, Commissioner of Social Security (the "Commissioner") and defendant in the above matter, and responds as follows to Plaintiff's motion for fees totaling $7,226.50 under 42 U.S.C. § 406(b). The Commissioner has non substantive objection to the amount sought. Further, the Commissioner concurs with Plaintiff's counsel that if this Court approves the fees he now requests under 42 U.S.C. § 406(b), he must remit to Plaintiff the amount of $2,428.80, representing attorney's fees previously awarded to him under the Equal Access to Justice Act, 28 U.S.C. §2412(d).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MICHAEL J. ASTRUE,
　　　　　　　　　　　　　　　　　　　　Commissioner of Social Security

　　　　　　　　　　　　　　　　　　　　By His Attorneys:

　　　　　　　　　　　　　　　　　　　　THOMAS E. DELAHANTY II
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　**/s/ Jason W. Valencia**
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Social Security Administration

|  |  |
|---|---|
|  | Office of the General Counsel |
|  | JFK Federal Building, Room 625 |
|  | Boston, MA 02203 |
|  | (617)-565-2375 |
| Dated: January 17, 2012 | jason.valencia@ssa.gov |

Certificate of Service

       I hereby certify that on January 17, 2012, I electronically filed this response to Plaintiff's motion for award of 406(b) fees using the CM/ECF system. Notification of such filing will be sent to the following:

Francis M. Jackson
Jackson & MacNichol
238 Western Ave.
So. Portland, ME 04106
(207) 772-9000
mail@jackson-macnichol.com

                                                      **/s/ Jason W. Valencia**
                                                      Special Assistant U.S. Attorney
                                                      Social Security Administration
                                                      Office of the General Counsel
                                                      JFK Federal Building, Room 625
                                                      Boston, MA 02203
                                                      (617)-565-2375
                                                      jason.valencia@ssa.gov

Dated: January 17, 2012