UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PAUL DOYON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:09-cv-00448-JAW |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed April 6, 2012, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion for Attorney Fees Pursuant to § 406(b) (Docket # 20) be and hereby is GRANTED in the amount of $7,226.50 with the proviso that the Plaintiff's counsel is ORDERED to remit to his client the sum of $2,428.80 in previously-awarded EAJA fees.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 24th day of April, 2012